BEATRICE MONTEROSSO v. ANTHONY J. MONTEROSSO

COTTER, C. J., LOISELLE, BOGDANSKI, PETERS AND HEALEY, Js.

Argued October 9—decision released October 16, 1979

*Joseph Adinolfi, Jr.,* with whom was *James M. Tanski,* for the appellant (defendant).

*Michael Graham,* for the appellee (plaintiff).

PER CURIAM. We find no error in the trial court's, *Borden, J.,* granting the plaintiff's motion to vacate that court's, *Jacobs, J.,* order of April 28, 1978, terminating alimony.

There is no error.